1
2  Frank Seddigh (SBN 289846)
   fs@sedbetter.com
   Alicia M. Veglia (SBN 291070)
   av@sedbetter.com
3  SEDDIGH ARBETTER, LLP
4  626 Wilshire Blvd., Suite 410
   Los Angeles, CA 90017
5  Tel: (213) 816-0008
   Fax: (213) 816-0009
6

7  Ethan J. Brown (SBN 218814)
   ethan@bnsklaw.com
8  BROWN, NERI, SMITH & KHAN, LLP
9  11601 Wilshire Blvd Ste 2080
   Los Angeles, CA 90025-0389
10 Tel: (310) 593-9890
11 Fax: (310) 593-9980
   *Attorneys for Kellwood Apparel, LLC,*
12 *Caren Lettiere, and Joanna Wong*

13

14                UNITED STATES DISTRICT COURT

15               CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  KELLWOOD APPAREL, LLC, | Case No. 2:20-cv-00214-MWF-JPR |
| 17          Plaintiff, | Consolidated with:<br>Case No. 2:20-CV-08484-MWF-JPR |
| 18          vs. | *Hon. Michael W. Fitzgerald, Presiding* |
| 19 | |
| 20  PROTREND LTD. et al., | **NOTICE OF SETTLEMENT** |
| 21          Defendants. | |
| 22 | |
| 23  AND THIRD-PARTY CLAIMS | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 1 -

NOTICE OF SETTLEMENT

1       **TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:**

2       **PLEASE TAKE NOTICE** that Kellwood Apparel, LLC ("Kellwood" or

3  "Plaintiff"), and Defendants Protrend Ltd. ("Protrend") and Paul Pyo ("Pyo")

4  (collectively "Defendants"), have reached a settlement to resolve all claims between

5  Plaintiff and Defendants in this action, as well as the third party claims brought by

6  Protrend against Caren Lettiere and Joanna Wong, as a result of the settlement

7  conference conducted by the Honorable Jean P. Rosenbluth on April 25, 2025. The

8  Parties are in the process of drafting and executing the formal settlement agreement

9  and related dismissal papers. The Parties expect that the final executed Joint Stipulation

10  of Dismissal of all claims will be filed by no later than May 26, 2025. The Parties will

11  request that the Court retain jurisdiction to enforce the settlement agreement and

12  related security agreements.

Dated:  April 28, 2025        By:    */s/ Alicia M. Veglia*

                                     Alicia M. Veglia, Esq.

                                     Frank Seddigh, Esq.

                                     Ethan Brown, Esq.

                                     *Attorneys for Plaintiff Kellwood Apparel, LLC and Third Party Defendants Joanna Wong and Caren Lettiere*