Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KELLWOOD APPAREL, LLC,

        Plaintiff,

      v.

PROTREND LTD., et al.,

        Defendants.

No.  2:20-cv-00214-MWF-JPR

**JUDGMENT**

    On October 14, 2025, the Court **GRANTED** an Ex Parte Application for Entry of Stipulated Judgment (Docket No. 169) filed by Plaintiff Kellwood Apparel, LLC.

    Good cause having been shown and pursuant to Rule 54 of the Federal Rules of Civil Procedure,

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1.  Judgment is entered in favor of Plaintiff and against Defendant Protrend Ltd. ("Defendant") and Defendant's guarantor Se Jong Yoon, jointly and severally, in the sum of **$330,000.**

2.  Plaintiff is awarded pre-judgment and post-judgment interest in an amount to be determined.

3.  Plaintiff may foreclose on Defendant's collateral property pursuant to the Deed of Trust, Security Agreement, Assignment of Rents and Leases, and Fixture Filing (California) (Docket No. 169-7).

4.  Plaintiff is awarded reasonable attorneys' fees and costs.

5.  Execution on the judgment may issue within five (5) business days notwithstanding Rule 62 of the Federal Rules of Civil Procedure.

DATED: October 14, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge